James Murphy, Appellant, v. Coney Island and Brooklyn Railroad Company, Respondent.— Motion denied.

Estelle L. Jarvis, Respondent, v. Metropolitan Street Railway Company, Appellant.— Motion denied.

Louis Baldinger and Another, Appellants, v. Michael J. Naughton, Respondent.— Motion for leave to discontinue appeal granted upon payment, within ten days, of twenty-five dollars costs to the respondent; otherwise motion denied, with ten dollars costs.

Patrick Sullivan, Respondent, v. Metropolitan Street Railway Company, Appellant.— Motion denied.

Medad E. Stone, as Administratrix, etc., Respondent, v. Bridget Cronin, Individually, etc., Appellant.— Motion granted, with ten dollars costs, unless the appellant perfects his appeal papers and cause them to be filed and served within fifteen days, in which event the case is placed at the foot of the calendar and motion denied.

George E. Hallock, as Executor, etc., Respondent, v. Kate Fenner and Others, Appellants. — Motion denied.

Oliver Landreth and Others, Appellants, v. Archibald F. Wyckoff, Respondent.— Motion denied.

Henry J. Helgers, Appellant, v. The Staten Island Midland Railroad Company, Respondent.— Motion granted unless the appellant file and serve his printed papers on appeal within ten days, in which event the case is placed at the foot of the calendar.

Ernst Henken and Another, Appellants, v. Frederick Schwicker and Another, Respondents.— Motion denied.

James E. Horton, Appellant, v. The Erie Railroad Company, Respondent.— Motion denied.

William D. Bartles, Respondent, v. Gabriel Schwab, Appellant.— Motion denied.

Agnes Ogle, Respondent, v. William Dershem, Appellant.— Motion denied.

The People of the State of New York, Plaintiff, v. The Granite State Provident Association, Defendant.— The court desires to see counsel in this matter.

William Man and William O. Platt, as Trustees, v. The New York and Sea Beach Railway Company and Others.— Motion granted. Order to be settled before Hirschberg, J.

Louis W. Nusbaum, Respondent, v. The South Shore Water Works, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. All concurred.

Samuel Adenbaum, Respondent, v. Joseph H. Cohen and Others, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. All concurred.

Bella Goldberg, an Infant, by Isidor Goldberg, her Guardian ad Litem, Respondent, v. Rebecca Strosensky, Appellant, Impleaded with Louis Ettinghoff.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

John Scanlan, Respondent, v. Emanuel S. Kahn and Others, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulates to reduce recovery of damages to the sum of $4,000, and extra allowance proportionately, in which case the judgment as modified is unanimously affirmed, without costs of this appeal to either party. No opinion. Hirschberg, J., not sitting.

Frederick A. Pine and George W. Sturges, Respondents, v. Edwin H. Sayre, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

John Fallon, as Administrator, etc., of Michael Fallon, Deceased, Respondent, v. William C. Howard, Appellant.— Order denying motion to make complaint more definite and certain affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

John Fallon, as Administrator, etc., of Michael Fallon, Deceased, Respondent, v. William C. Howard, Appellant.— Order denying motion for bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

David Stevenson Brewing Company, Appellant, v. Olga Rebecca Jordan, Respondent. — Judgment and order affirmed, with costs. No opinion. All concurred.

Fred. J. Pinsker and George J. Pinsker, Respondents, v. Adolph Pinsker and Julius A. Pinsker, Appellants.— Judgment affirmed, with costs. No opinion. All concurred.

James Kelly, Respondent, v. Metropolitan Street Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Goodrich, P. J., absent.

Gregorio di Lorenzo, Respondent, v. Johanna di Lorenzo, Appellant.— Order allowing filing of the exception affirmed on argument, without costs.

In the Matter of Alvaro J. Adams, an Attorney.— We think that the claim of the petitioners in this matter should be determined upon a summary application at Special Term before any action is taken by the Appellate Division looking toward a future investigation of these charges. The affidavits submitted by the petitioners in reply to the attorney's defense are, in many respects, too vague to be accepted as positive denials. If the summary application results unfavorably to the attorney, this proceeding may be renewed.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for the Appointment of Three Commissioners to Determine Whether a Rapid Transit Railway Ought to Be Constructed and Oper-

ated. Brooklyn-Manhattan Rapid Transit.—Report of commissioners confirmed.

Eliza J. Polykranas, Respondent, v. Bernath Krausz and Others, Appellants. — We intended by our former disposition of this matter to grant leave to the appellant to reserve a proposed case on appeal and to procure it to be settled. 'We assume that this was not made clear to the learned justice who tried this case, because it appears that, on account of *laches*, he refused to settle the case submitted. The motion to dismiss the appeal is granted unless, in accord with such leave, a case on appeal is made, served, settled and printed, and the appeal is brought on for argument at the March Term, 1902.

William Man and William O. Platt, as Trustees, v. The New York and Sea Beach Railway Company and Others; George Edwin Joseph, as Permanent Receiver of Defendant Company.— Order signed.

Paul Halpin v. Matthew Coleman and Others; The People of the State of New York v. The Mutual Brewing Company.— Motions for reargument denied, but the order of reversal by this court may be modified so as to provide for the cancellation of any changes noted upon the records in Albany or Queens counties, if any such changes were made in consequence of the leave to issue execution.

Ascher Wright, Respondent, v. Harriet F. McFeeters, Appellant. — Order reversed, without costs, and motion remitted to the Special Term, with leave to both parties to present further affidavits. We are unable to say, from the record, whether the disposition made of the motion at Special Term was just and proper. Under the peculiar circumstances of the case, it might well be deemed desirable that an investigation should be had in open court, so that the parties on either side can have opportunity to cross-examine. We do not intend to preclude the Special Term in its discretion from ordering a reference, if it see fit. All concurred.

Emanuel Schindler, Appellant, v. Abraham Hirsh, Respondent. — Appeal dismissed by default, with costs.

Luciano Ansalone, Appellant, v. Leonard C. T. Smith, Respondent.— Judgment of the Municipal Court affirmed by default, with costs.

Frank McDavitt, Respondent, v. Gebbie & Company, Appellant. — Judgment of the Municipal Court affirmed by default, with costs.

Henry Von Glahn and Others, Respondents, v. Otto Wicke, Appellant.— Judgment of the Municipal Court affirmed by default, with costs.

John Staats, as Trustee, and Others, Appellants, v. Sarah A. Storm and Others, Respondents.— We do not think that the appellants ought to be forced to bring on this appeal in the absence of proof of more satisfactory efforts on the part of the respondents to furnish the missing exhibits.— Motion to dismiss appeal denied.

Elizabeth A. Clark, Appellant, v. William H. Pemberton, Respondent.— Motion denied.

Seventeenth Ward Bank, Respondent, v. William H. Webster and Others, as Executors, etc., of Thomas C. Smith, Deceased, Appellants,— Motion denied.

Mary Wells, as Administratrix, etc., Respondent, v. The Brooklyn Heights Railroad Company, Appellant. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

Julius Stelzner, Respondent, v. Henry Hoffman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. All concurred.

Emelie K. Jones, Respondent, v. The Union Railway Company of New York City, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of the Judicial Settlement of the Account of Amelia M. Valentine, as Administratrix, etc., of Henry E. Valentine, Deceased. Amelia M. Valentine, as Administratrix, etc., of Henry E. Valentine, Deceased, Appellant; Juliet Denton, Respondent.— Decree of Surrogate's Court of Kings county modified by providing that interest on the sum allowed the claimant run from the date of the decree, May 11, 1901, instead of from the death of the intestate, and as so modified affirmed, without costs. No opinion. All concurred.